RECEIVED

APR 15 2022

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

WILBERT GLOVER

Plaintiff(s),

vs.

PUBLIC HOUSING AGENCY
TERRI GINDORFF
YING MOUA
CORINA SERRANO
DOMINGUE McCORMICK

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit.  Please attach additional sheets
if necessary).

Case No. 22cw974 NEB/BRT
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES [X]     NO [ ]

## **COMPLAINT**

PARTIES

1.  List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a.  Plaintiff

    Name  WILBERT GLOVER

    Street Address  435 UNIVERSITY AVENUE EAST

    County, City  RAMSEY , ST. PAUL

    State & Zip Code  MINNESOTA , 55130 - 4437

    Telephone Number  651 - 341 - 0575

SCANNED

APR 15 2022

U.S. DISTRICT COURT ST. PAUL

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name PUBLIC HOUSING AGENCY

Street Address 555 WABASHA STREET. NORTH

County, City RAMSEY , ST. PAUL

State & Zip Code MINNESOTA 55102 - 1017

b.  Defendant No. 2

Name TERRI GINDORFF

Street Address 555 WABASHA STREET NORTH

County, City RAMSEY - ST. PAUL

State & Zip Code MINNESOTA 55102 - 1017

c.  Defendant No. 3

Name YING MOUA

Street Address 555 WABASHA STREET, NORTH

County, City RAMSEY - ST PAUL

State & Zip Code MINNESOTA 55102 - 1017

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

2

# ADDITIONAL DEFENDANT
## <u>2D</u>

CORINA SERRANO - DEFENDANT NO-4

555 WABASHA STREET NORTH

RAMSEY - ST. PAUL

MINNESOTA 55102 -1017


DEFENDANT NO-5

DOMINQUE Mc.CORMICK

555 WABASHA STREET NORTH

RAMSEY - ST. PAUL

MINNESOTA 55102 - 1017

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question          ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

28 U.S.C § 1331

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: _____          State of Citizenship: _____

Defendant No. 1: _____          State of Citizenship: _____

Defendant No. 2: _____          State of Citizenship: _____

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

☒ Defendant(s) reside in Minnesota   ☐ Facts alleged below primarily occurred in Minnesota

☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. PLAINTIFF'S WILBERT GLOVER CRITERIA   REFER TO SOCIAL SECURITY ACT AND THE DEVELOPMENTAL DISABILITIES SERVICES AND FACILITIES CONSTRUCTION AMENDMENTS OF 1970 ELIGIBILITY FOR HOUSING ASSISTANCE SECTION 8.  DISABILITY CERTIFICATION PLAINTIFF'S WILBERT GLOVER OR FAMILY MEMBER ARE DISABLED AND THE DISABILITY CAUSED FAILURE TO FIND A UNIT BY 9-12-2020 YOU MAY BE ELIGIBLE FOR AN ADDITIONAL 60 DAY EXTENSION A REASONABLE ACCOMMODATION

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

$ 10,000,500.00
COMPENSATORY, PUNITIVE AND NOMINAL DAMAGES.

4

PARAGRAPH 8.

ON JULY 22, 2021 PLAINTIFF'S WILBERT GLOVER RECEIVED A LETTER FROM PUBLIC HOUSING AGENCY TERRI GINDORFF STATED THAT PLAINTIFF'S WILBERT GLOVER HAVE PROGRAM ABUSE

PLAINTIFF'S WILBERT GLOVER CALL PUBLIC HOUSING AGENCY TERRI GINDORFF, I STATED MY NAME AND I HAVEN'T PROGRAM ABUSE - TERRI GINDORFF SAID " ALL YOU BLACK PEOPLE ARE ALIKE OR THE SAME TRYING TO DEFRAUD THE GOVERNMENT " I ASK TO SPEAK TO HER SUPERVISOR.

PARAGRAPH 9.

PUBLIC HOUSING AGENCY TERRI GINDORFF HANG UP TERMINATED THE CALL - PLAINTIFF'S WILBERT GLOVER CALL BACK 651 298 5096 TERRI GINDORFF SAID LESS START OVER AGAIN - PLAINTIFF'S WILBERT GLOVER SAID MAY I SPEAK TO YOUR BOSS SUPERVISOR TERRI GINDORFF SAID YOU BLACK ASS PEOPLE NEED TO GO BACK WERE YOU COME FROM AND TERMINATED THE CALL AGAIN I CALL BACK AGAIN AND SOME OTHER LADY GAVE ME THE NAME YING MOUA PROGRAMS MANAGER -

PARAGRAPH 10.

PLAINTIFF'S WILBERT GLOVER
LEFT A VOICE MAIL ON HER
LINE STATED TERRI GINDORFF
SAID ALL YOU BLACK PEOPIE
ARE ALIKE OR THE SAME TRYING
TO DEFRAD THE GOVERNMENT.
PLAINTIFF'S WILBERT GLOVER
ALSO LEFT A VOICE MAIL ON
* SUE JOHN 651 298 5079
PLAINTIFF'S WILBERT GLOVER
ALSO LEFT A VOICE MAIL ON
* DOMINIQUE McCORMICK THE
DIRECTOR PHONE ~~VICE~~ VOICE MAIL
NO ANSWER REFUSE TO ADDRESS
PUBLIC SERVICES BASE OF RACE
DISCRIMINATION -

PARAGRAPH 11.

NOVEMBER 1, 2021 TERRI
GINDORFF SEND LANDLORD
ALISHER HAMRAKULOV A EMAIL
IF HE STAYS BEYOND THE
TERMINATION DATE - RESPONSIBLE
FOR THE FULL RENT

NOVEMBER 3, 2021 NOTICE OF
TERMINATION - TENANT NO LONGER
ELIGIBLE FOR ASSISTANCE FROM
TERRI GINDORFF BEFORE THE
HEARING — NOT ABOUT DOCUMENTS
HER BIAS DISCRIMINATORY
CONDUCT

PARAGRAPH 12.

DECEMBER 7, 2021 PLAINTIFF'S
WILBERT GLOVER INFORMAL
DOCUMENTS TO CORINA SERRANO
HCV PROGRAMS MANAGER SHOWED
POLICE REPORT WITH AFFIDAVIT
IDENTITY THEFT BEFORE I
RECEIVE DISABILITY CERTIFICATION
AND THE INFORMATION TERRI
GINDORFF OBTAIN WAS INACCURATE
HOWEVER SHE AND PUBLIC HOUSING
AGENCY STAFF WAS NOT TRYING
TO HEAR A BLACK AFRO AMERICAN
MAN CAUSE DISCRIMINATORY
CONDUCT.

PARAGRAPH 13.

DOMINQUE McCORMICK THE
ADMINISTRATOR FAILURE TO
TRAIN AND SUPERVISE CAUSE
DELIBERATELY INDIFFERENT
TO THE DISCRIMINATORY CONDUCT
PATTERN OF UNCONSTITUTIONAL
BEHAVOR —

FAILURE PROVIDE CUSTOMER
SERVICES REASONABLE ACCOMMOD
ATION OF A DISABILITY —

PARAGRAPH

Signed this _15_   day of _April_ 2022

Signature of Plaintiff _Wilbert Glover_

Mailing Address   435 UNIVERSITY AVENUE EAST
ST. PAUL, MN. 55130

Telephone Number   651 341 0575

<u>Note</u>:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

5