# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Wilbert Glover, | Civ. No. 22-0974 (NEB/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Public Housing Agency, Terri Gindorff, Ying Moua, Corina Serrano, and Dominique McCormick, | |
| Defendants. | |

---

Wilbert Glover, 435 University Ave. East, St. Paul, MN 55130-4437, *pro se*.

---

**IT IS HEREBY ORDERED:**

1. The application to proceed *in forma pauperis* of Plaintiff Wilbert Glover (Doc. No. 2) is **GRANTED**.

2. Glover must submit a properly completed Marshal Service Form (Form USM-285) for each defendant. If Glover does not complete and return the Marshal Service Forms within 30 days of this Order's date, the Court will recommend that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Glover by the Court.

3. After the return of the completed Marshal Service Forms, the Clerk of Court is directed to seek waiver of service from Defendants Terri Gindorff, Ying Moua,

Corina Serrano, and Dominique McCormick, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If a defendant sent a waiver of service fails without good cause to sign and return the waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

5. The U.S. Marshals Service is directed to effect service of process on Defendant Public Housing Agency consistent with Rule 4(j)(2) of the Federal Rules of Civil Procedure.

Dated: May 20, 2022 *s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge