22 CV - 0974
NEB/BRT

RECEIVED
SEP 27 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# CONCISE FACTUAL SUMMARY OF PLAINTIFF'S CLAIMS

PLAINTIFF'S NAMED PERSON HAD INDICATED THEY ARE DISABLED AND HAVE DISABILITY PARTICIPANT IN THE SECTION 8 RENT ASSISTANCE PROGRAM WITH ST. PAUL PUBLIC HOUSING AGENCY PHA WAS TERMINATED CAUSE OF HIS RACE AND FAIR HOUSING AMENDMENTS ACT

PLAINTIFF'S WILBERT GLOVER RECEIVED BIAS DISCRIMINATORY CONDUCT AND REASONABLE ACCOMMODATION OF A DISABILITY PERSON FROM P.H.A. AND STAFF FOR SOME REASON PARAGRAPH 14, 15, IS BLANK SHOULD OF HAD SUE JOHN 651 298 5079 NAME IN THIS ACTION

DATED
SEPTEMBER 22, 2022

SUBMITTED
Wilbert Glover
651 341 0575

SCANNED
SEP 28 2022
U.S. DISTRICT COURT ST. PAUL