UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Wilbert Glover,<br><br>        Plaintiff,<br><br>v.<br><br>Public Housing Agency, Terri Gindorff, Ying Moua, Corina Serrano, and Dominquie McCormick,<br><br>        Defendants. | Case Number: 22-CV-974 (JWB/DTS)<br><br>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Public Housing Agency, Terri Gindorff, Ying Moua, and Corina Serrano "Defendants" move the Court for an order for summary judgment herein, granting their request to dismiss Plaintiff's Complaint with prejudice and to enter judgment in their favor as to all of Plaintiff's causes of action. This motion is based on Rule 56 of the Federal Rules of Civil Procedure and on the pleadings and filings herein.

Dated: May 15, 2023

LYNDSEY M. OLSON
City Attorney

 *s/K. Meghan Kisch*
K. MEGHAN KISCH #0337547
Assistant City Attorney
*Attorneys for Defendants Saint Paul Public Housing Agency, Terri Gindorff, Ying Moua, and Corina Serrano*
450 City Hall and Court House 15 West Kellogg Boulevard Saint Paul, MN 55102
Telephone: (651) 266-8775
Email: meghan.kisch@ci.stpaul.mn.us