## UNITED STATES DISTRICT COURT
### District of Minnesota

Wilbert Glover

                Plaintiff,

v.

Public Housing Agency, Terri Gindorff, Ying Moua, Corina Serrano, Dominque McCormick

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22-cv-00974-JWB-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's Motion for Summary Judgment (Doc. No. 29) is **GRANTED**.

Date: 12/13/2023

KATE M. FOGARTY, CLERK